UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY SILER, | 1:10-cv-01548-MJS (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 7) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000); 28 U.S.C. § 1915(a)(1).

In the instant action, Plaintiff filed an application to proceed in forma pauperis along with the appropriate supporting documentation. (ECF No. 7.) The Court has reviewed the Motion and finds that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's Motion to Proceed in forma pauperis is **GRANTED**.

IT IS SO ORDERED.

Dated: September 14, 2010        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE